IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

NATIONAL RAILROAD
PASSENGER CORPORATION                                          PLAINTIFF

VS.                                                CAUSE NO. 4:05cv52TSL-AGN

McELROY TRUCK LINES, INC.                                      DEFENDANT

### JUDGMENT OF DISMISSAL WITH PREJUDICE


This matter comes before the Court on the motion *ore tenus* of the parties to dismiss this action with prejudice.  Being advised and finding that the parties have reached a compromise settlement of all claims and issues involving National Railroad Passenger Corporation and McElroy Truck Lines, Inc. from which this action arises, and the Court further finds and determines that this action should be dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 2nd day of August, 2006.


/s/ Tom S. Lee_____
DISTRICT COURT JUDGE


APPROVED:


/s/Richard A. Follis_____
Richard A. Follis
ATTORNEY FOR NATIONAL RAILROAD
PASSENGER CORPORATION


/s/ J. Richard Barry_____
J. Richard Barry
ATTORNEY FOR McELROY TRUCK LINES, INC.